IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHARON SMITH and SHANNON RENEE GOINS, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>WHITES CREEK HEALTHCARE, LLC, d/b/a Grace Healthcare of White's Creek,<br><br>  Defendant. | No. 3:11-cv-00385<br>Judge Nixon<br>Magistrate Judge Brown<br><br>JURY DEMAND |

## ORDER

I hereby **RECUSE** myself in this action. The file shall be returned to the clerk for reassignment.

It is so ORDERED.

Entered this \_\_\_23rd\_\_\_ day of August, 2011.

              _____
              JOHN T. NIXON, SENIOR JUDGE
              UNITED STATES DISTRICT COURT