```
                    UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

SHARON SMITH, et al.            )
                                )
    Plaintiff,              )
                                )
    v.                      )   NO.  3:11-0385
                                )   Judge Haynes/Brown
WHITES CREEK HEALTHCARE, LLC    )
  d/b/a Grace Healthcare of    )
  White's Creek,               )
    Defendant.              )

### **O R D E R**

This action has been reassigned to the Honorable William J. Haynes, Jr., upon the Order of Recusal entered by the Honorable John T. Nixon on August 24, 2011. (Docket Entry 16).

Absent further orders, there will be no further proceedings before the undersigned.

It is so **ORDERED**.

/S/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge